# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**DEREK LYNN SANDE**,<br><br>Debtor.<br><br>In re<br><br>**SANDE FARMS, LLC**,<br><br>Debtor. | Case No. **19-61079-12**<br>**Substantively consolidated**<br>**With:**<br><br>Case No. **19-60962-12** |

## ORDER

At Butte in said District this 14th day of February, 2020.

Upon review of the Stipulation and Agreement filed February 7, 2019, between the Debtors, Deere Credit, Inc ("Deere"), and the Chapter 12 Trustee, the Court finds that the terms of the Stipulation and Agreement are fair and equitable and satisfy the requirements of F.R.B.P. 9019(a). Accordingly,

**IT IS ORDERED** the Stipulation and Agreement filed February 7, 2020, at ECF No. 92, between Debtors, Deere Credit, Inc. and the Chapter 12 Trustee is **APPROVED**, and the parties thereto shall henceforth be bound by the and shall perform in accordance with the terms of the Stipulation and Agreement.

**IT IS FURTHER ORDERED** that the hearing scheduled for Friday, February 14, 2020

1

on approval of the Stipulation and Agreement is **VACATED**.

.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana