# CHAPTER 12 MONTHLY REPORT

Name of Debtor:  Derek L Sande / Sande Farms LLC
Case NO:  19-61079  and  19-60962

For Month Ending:  9/30/2023

## MONTHLY CASH RECEIPTS AND DISBURSMENTS

**I.  CASH RECEIPTS**

**A. FARM INCOME**

### GRAIN SALES

| Unit | CROP | Price/Unit | MONTH | Year to Date |
|---|---|---|---|---|
| bushel | Wheat | $9.00 | $22,296.01 | $251,316.17 |
| ton | Hay/Alfalfa | $200 | | $110,263.00 |
| bushel | Peas | $ | | |
| bushel | Barley | $ | | $138,655.69 |
| bushel | Durum | | | |

### LIVESTOCK SALES

| Type | #hd | weight | price/lb | | Year to Date |
|---|---|---|---|---|---|
| calves | | | | | |
| cows | | | | | |
| hogs | | | | | |
| feeder pigs | | | | | |
| lambs | | | | | |
| eggs | | | | | |
| poultry | | | | | |
| milk | | | | | |
| other | | | | | |

| | Month | Year to Date |
|---|---|---|
| Misc Farm Income | | |
| Crop Insurance Payments | $18,757.00 | $346,916.00 |
| Contract Payments | | |
| Other Ins Payments | $35,896.77 | $35,896.77 |
| Rent Payments | | |
| Government Payments | | $28,478.86 |

|  | Month | Year To Date |
|---|---|---|
| Custom Farming Income |  | $9,000.00 |
| Custom Feeding Income |  |  |
| Other Income (SandeFarms LLC Transfer) |  |  |
| New Loans (CCC Grain Loan) |  |  |

B. **WAGES FROM OUTSIDE WORK**

|  | Month | Year To Date |
|---|---|---|
| Husband |  |  |
| Wife |  |  |

C. **OTHER RECEIPTS**

|  | Month | Year To Date |
|---|---|---|
| Social Security |  |  |
| Other |  |  |
| Equipment Sales |  | $27,000.00 |
|  |  |  |
| **Total Cash Receipts** | $76,949.78 | $947,526.49 |

D. **CROP AND LIVESTOCK ON HAND**

| Crop | Year | Amount | | $/unit | Total Value |
|---|---|---|---|---|---|
| W Wheat | 2023 | 32500 | bu | $6 | $195,000 |
| S Wheat | 2023 | 31000 | bu | $7 | $217,000 |
| Barley | 2023 | 50000 | bu | $5 | $250,000 |
| Alfalfa | 2023 | 800 | ton | $150.00 | $120,000 |
|  |  |  | bu | $22.00 | $0 |
|  |  |  | ton | $200.00 | $0 |
| Flax | 2021 | 600 | BU | $22.00 | $13,200 |
| Durum (Seed) |  | 1100 | bu | $16.00 | $17,600 |
| S Wheat (Seed) |  | 2500 | bu | $11.00 | $27,500 |
| Flax (Seed) |  | 400 | bu | $22.00 | $8,800 |

| | Total Crop on Hand Value | $849,100 |
|---|---|---|

**II.**     EXPENSES PAID

**A. <u>HOUSEHOLD</u>**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Amazon | Debit | 9/5/2023 | $8.99 | Misc |
| Murphys | Debit | 9/11/2023 | $35.50 | Meals |
| Enrollment First | Debit | 9/18/2023 | $401.72 | Health Ins |
| River Market | Debit | 9/20/2023 | $16.42 | Groceries |
| BlackIron Grill | Debit | 9/25/2023 | $39.99 | Meals |
| Fairbridge Suite | Debit | 9/25/2023 | $142.40 | Lodging |

TOTAL HOUSEHOLD EXPENSE       $645.02

B. **FARM EXPENSES**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Frontline Ag | Debit | 9/1/2023 | $420.66 | Parts |
| Joyce Fuel & Feed | 5120 | 9/5/2023 | $936.34 | Truck Fuel |
| Joyce Fuel & Feed | Debit | 9/7/2023 | $79.46 | Fuel |
| Pinion | Debit | 9/7/2023 | $4,000.00 | Accounting |
| Nationwide | Debit | 9/7/2023 | $4,097.51 | P&C Ins |
| Joyco | Debit | 9/8/2023 | $142.77 | Fuel |
| Parker Harvesting | 5119 | 9/8/2023 | $25,353.00 | Custom Harvesting |
| Fielings Ag | Debit | 9/11/2023 | $1,500.00 | Equipment Rent |
| Highwoods Vet | 5123 | 9/12/2023 | $41.75 | Vet Supplies |
| Frontline Ag | Debit | 9/18/2023 | $216.50 | Parts |
| FT Benton Hardware | Debit | 9/20/2023 | $31.78 | Supplies |
| Home Depot | PP | 9/20/2023 | $382.42 | Supplies |
| Joe McCormic | 5124 | 9/22/2023 | $3,500.00 | Harvest Wages |
| Exxon | Debit | 9/22/2023 | $123.96 | Fuel |
| Exxon | Debit | 9/22/2023 | $123.00 | Fuel |
| Republic Services | Debit | 9/26/2023 | $187.83 | Garbage Disposal |
| MTN View | Debit | 9/27/2023 | $96.61 | Fuel |
| Joyce Fuel & Feed | 5125 | 9/27/2023 | $4,150.00 | Farm Fuel |

**Sande Farms Account**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| TGF Parts Stop | 1345 | 9/5/2023 | $1,420.96 | Parts |
| Josh Brooking | 1350 | 9/5/2023 | $1,230.38 | Wages |
| FC Leasing | Debit | 9/6/2023 | $16,084.91 | Tractor Lease |
| Frontline Ag | 1352 | 9/11/2023 | $399.62 | Parts |
| Josh Brooking | 1353 | 9/20/2023 | $1,230.38 | Wages |
| Josh Brooking | 1354 | 9/20/2023 | $500.00 | Wages Harvest |
| John N Stoos | 1355 | 9/22/2023 | $30,000.00 | Custom Harvest |
| Wilbur Ellis | 1332 | 9/27/2023 | $14,116.75 | Fertilizer |

TOTAL FARM EXPENSE $110,366.59

|   |   |   | Year to Date |
|---|---|---|---|
| **C.** | **TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE** | | $483,218.88 |
| | TOTAL EXPENSES FOR MONTH | | $111,011.61 |
| | CASH PROFIT (LOSS) FOR MONTH | | -$34,061.83 |
| | OTHER NON CASH LOSSES: | | |
| |     LOSS DUE TO CROP FAILURE OR DAMAGE | | |
| |     LOSS DUE TO DEATH OR DISEASE OF LIVESTOCK | | |

**III.  CASH RECONCILIATION:**

| | |
|---|---|
| Cash and Bank Accounts Balance at Beginning of Month | $80,433.53 |
| Profit (or loss) during month | -$34,061.83 |
| Cash and Bank Accounts Balance at End of Month | $46,371.70 |

**IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH**

Expense                  Amount

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| | |
|---|---|
| 12/18/2023 | Derek Lynn Sande |
| DATE | DEBTOR(S) / OFFICER OF DEBTOR(S) |

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT


Customer Driven. Community Focused.®

SANDE FARMS LLC
25991 MT HWY 80
PO BOX 5
GERALDINE MT 59446-0005

Statement Date: **09/29/2023**  Account No.: **X6369** Page: 1

**This Statement Cycle Reflects 29 Days**

## SIMPLE BUSINESS CHECKING SUMMARY

Type: **REG    Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/31/23 | | 9,014.44 |
| Deposits | 1 | 5,896.77+ |
| Debits | 7 | 48,898.09 |
| Automatic Withdrawals | 1 | 16,084.91 |
| Automatic Deposits | 6 | 57,000.00+ |
| Ending Balance On 09/29/23 | | 6,928.21 |
| Average Balance (Ledger) | 8,346.23+ | |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 09/01/23 | INTERNET TRANSFER FROM CHK 5169 TO CHK 6369 6186150 | 8,500.00+ | 17,514.44 |
| 09/05/23 | CHK#1345 | 1,420.96 | 16,093.48 |
| 09/05/23 | CHK#1350 | 1,230.38 | 14,863.10 |
| 09/06/23 | MOBILE TRANSFER FROM CHK 5169 TO CHK 6369 8627882 | 2,500.00+ | 17,363.10 |
| 09/06/23 | FARM CREDIT LEAS LEASECHG | 16,084.91 | 1,278.19 |
| 09/11/23 | CHK#1352 | 399.62 | 878.57 |
| 09/15/23 | INTERNET TRANSFER FROM CHK 5169 TO CHK 6369 7369716 | 2,000.00+ | 2,878.57 |
| 09/20/23 | CHK#1353 | 1,230.38 | 1,648.19 |
| 09/20/23 | CHK#1354 | 500.00 | 1,148.19 |
| 09/22/23 | MOBILE TRANSFER FROM CHK 4472 TO CHK 6369 3710021 | 30,000.00+ | 31,148.19 |
| 09/25/23 | CHK#1355 | 30,000.00 | 1,148.19 |
| 09/26/23 | MOBILE TRANSFER FROM CHK 4472 TO CHK 6369 9258198 | 4,000.00+ | 5,148.19 |
| 09/26/23 | MOBILE TRANSFER FROM CHK 5169 TO CHK 6369 4589819 | 10,000.00+ | 15,148.19 |
| 09/27/23 | DEPOSIT | 5,896.77+ | 21,044.96 |
| 09/27/23 | CHK#1332 | 14,116.75 | 6,928.21 |

## CHECKS AND OTHER DEBITS

* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/27/23 | 1332 | 14,116.75 | 09/11/23 | 1352* | 399.62 | 09/25/23 | 1355 | 30,000.00 |
| 09/05/23 | 1345* | 1,420.96 | 09/20/23 | 1353 | 1,230.38 | | | |
| 09/05/23 | 1350* | 1,230.38 | 09/20/23 | 1354 | 500.00 | | | |

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT



Statement Date: **09/29/2023**　　　　　　　　　　　　　　　　　Account No.:　　**X6369** Page:　**2**

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460



## IMAGE STATEMENT


AM: 5,896.77 CK:  DT: 09/27 SQ: 62400710 Deposit


AM: 14,116.75 CK: 1332 DT: 09/27 SQ: 80300450 Paid


AM: 1,420.96 CK: 1345 DT: 09/05 SQ: 80602670 Paid


AM: 1,230.38 CK: 1350 DT: 09/05 SQ: 80600860 Paid


AM: 399.62 CK: 1352 DT: 09/11 SQ: 80402120 Paid


AM: 1,230.38 CK: 1353 DT: 09/20 SQ: 80102990 Paid


AM: 500.00 CK: 1354 DT: 09/20 SQ: 80102980 Paid


AM: 30,000.00 CK: 1355 DT: 09/25 SQ: 80600490 Paid





CITIZENS ALLIANCE BANK  
409 3RD STREET NW  
GREAT FALLS, MT 59404  
Tel: (406) 403-7460



FINANCIAL SERVICES STATEMENT

DEREK L SANDE  
5050 CUTBANK CREEK RD  
PO BOX 5  
GERALDINE MT 59446-0005

Statement Date: **10/06/2023**  Account No.: **X5169** Page: 1

**This Statement Cycle Reflects 29 Days**

## SIMPLE CONSUMER CHECKING SUMMARY

Type : **REG   Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 09/07/23 | | 43,208.53 |
| Deposits | 1 | 15,000.00+ |
| Debits | 4 | 33,044.75 |
| Automatic Withdrawals | 9 | 67,444.98 |
| Automatic Deposits | 3 | 46,582.05+ |
| Card Activity | 17 | 3,529.02 |
| Ending Balance On 10/06/23 | | 771.83 |
| Average Balance (Ledger) | 11,839.22+ | |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 09/08/23 | 0307 VSA PUR JOYCO CONVENIENC FORT BENTON MT (09/07/23 18:41:56) | 142.77 | 43,065.76 |
| 09/08/23 | CHK#5119 | 25,353.00 | 17,712.76 |
| 09/11/23 | 0307 VSA PUR MURPHYS IRISH PUB HAVRE MT (09/09/23 02:56:27) | 35.50 | 17,677.26 |
| 09/11/23 | 0307 VSA PUR FRIELINGS AG EQUIPMENT BLACK EAGLE MT (09/09/23 03:16:57) | 1,500.00 | 16,177.26 |
| 09/12/23 | CHK#5123 | 41.75 | 16,135.51 |
| 09/15/23 | INTERNET TRANSFER FROM CHK 5169 TO CHK 4472 1536907 | 1,000.00 | 15,135.51 |
| 09/15/23 | INTERNET TRANSFER FROM CHK 5169 TO CHK 6369 7369716 | 2,000.00 | 13,135.51 |
| 09/18/23 | 0307 VSA PUR FRONTLINE AG SOLUTIONS CONRAD MT (09/16/23 04:40:54) | 216.50 | 12,919.01 |
| 09/18/23 | ENROLLMENT FIRST ACH | 401.72 | 12,517.29 |
| 09/20/23 | 0307 PUR RIVER MARKET FORT BENTON MT (09/19/23 22:17:08) | 16.42 | 12,500.87 |
| 09/20/23 | 0307 VSA PUR FORT BENTON HARD 1420 F FORT BENTON MT (09/19/23 22:48:47) | 31.78 | 12,469.09 |
| 09/20/23 | PAYPAL INST XFER | 382.42 | 12,086.67 |
| 09/22/23 | EGT, LLC EDI PYMNTS ISA 00 00 ZZ BUGE ZZ WELLS FARGO 230921 102 | 7,296.01+ | 19,382.68 |
| 09/22/23 | CHK#5124 | 3,500.00 | 15,882.68 |
| 09/25/23 | 0307 VSA PUR BLACK IRON GRILL 406-2342155 MT | 39.99 | 15,842.69 |

Continued   11/7508/1

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460



FINANCIAL SERVICES STATEMENT



Statement Date: **10/06/2023**　　　　　　　　　　　　　　　　Account No.:　　　**X5169**　Page: **2**

## STATEMENT PERIOD ACTIVITY (cont.)

| Date | Check/Description | Amount | Balance |
|---|---|---:|---:|
| 09/25/23 | 0307 VSA PUR EXXON LEWISTOWN 1294 LEWISTOWN MT | 123.00 | 15,719.69 |
| 09/25/23 | 0307 VSA PUR EXXON LEWISTOWN 1294 LEWISTOWN MT | 123.96 | 15,595.73 |
| 09/25/23 | 0307 VSA PUR FAIRBRIDGE INN SUITES MILES CITY MT WA | 142.40 | 15,453.33 |
| 09/26/23 | MOBILE TRANSFER FROM CHK 5169 TO CHK 6369 4589819 | 10,000.00 | 5,453.33 |
| 09/26/23 | REPUBLICSERVICES RSIBILLPAY | 187.83 | 5,265.50 |
| 09/27/23 | 0307 VSA PUR CENEX MOUNTAIN09900341 BLACK EAGLE MT | 96.61 | 5,168.89 |
| 09/27/23 | CHK#5125 | 4,150.00 | 1,018.89 |
| 09/29/23 | DEPOSIT | 15,000.00+ | 16,018.89 |
| 10/02/23 | EGT, LLC EDI PYMNTS ISA 00 00 ZZ BUGE ZZ WELLS FARGO 230929 122 | 35,286.04+ | 51,304.93 |
| 10/02/23 | INTERNET TRANSFER FROM CHK 5169 TO CHK 4472 2849454 | 45,000.00 | 6,304.93 |
| 10/02/23 | 0307 VSA PUR AMAZON MUSIC T98QD7EO0 888-802-3080 WA | 9.99 | 6,294.94 |
| 10/02/23 | 0307 VSA PUR 360N-SDO-W64915 FALSE TX | 39.00 | 6,255.94 |
| 10/02/23 | 0307 VSA PUR NORTH 40 OUTFITTERS WG GREAT FALLS MT | 335.89 | 5,920.05 |
| 10/03/23 | 0307 VSA PMT DB CASH APP BRANDON BROOKI 800-9691940 CA | 441.05 | 5,479.00 |
| 10/03/23 | PINION PINION | 4,060.00 | 1,419.00 |
| 10/04/23 | INTERNET TRANSFER FROM CHK 6369 TO CHK 5169 9819623 | 4,000.00+ | 5,419.00 |
| 10/04/23 | 0307 VSA PUR 76 - JOYCE FEED GERALDINE MT | 175.00 | 5,244.00 |
| 10/05/23 | 0307 VSA PUR 76 - JOYCE FEED GERALDINE MT | 59.16 | 5,184.84 |
| 10/06/23 | NWEDI-996486797 EDI PYMNTS | 4,413.01 | 771.83 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---:|---:|---|---:|---:|---|---|---|
| 09/08/23 | 5119 | 25,353.00 | 09/22/23 | 5124 | 3,500.00 | | | |
| 09/12/23 | 5123* | 41.75 | 09/27/23 | 5125 | 4,150.00 | | | |

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460



DEREK L SANDE  Bank :    604
Account No. :   X5169  Images :   5
Stmt. Date :   10/06/2023  Page :    3

# IMAGE STATEMENT


AM: 15,000.00 CK:  DT: 09/29 SQ: 62600440 Deposit


AM: 25,353.00 CK: 5119 DT: 09/08 SQ: 80301050 Paid


AM: 41.75 CK: 5123 DT: 09/12 SQ: 80401990 Paid


AM: 3,500.00 CK: 5124 DT: 09/22 SQ: 61800030 Paid


AM: 4,150.00 CK: 5125 DT: 09/27 SQ: 80702100 Paid

